UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JIMMIE LEGROS** | **CIVIL ACTION NO. 22-cv-4401** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WESTON PROPERTY & CASUALTY INSURANCE CO** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 40] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 31] filed by the Louisiana Insurance Guaranty Association ("LIGA") is **GRANTED** and Plaintiff's claims against LIGA are hereby **DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA**, this the 21st day of April 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE